**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Jerel Henderson,<br><br>Plaintiff,<br><br>v.<br><br>CGL Companies, LLC, Hunt Companies Business Services, LLC, and Mark Campbell<br><br>Defendant. | ) | Case No. 1:26-CV-00886-TWT-CMS |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, CGL Companies, LLC ("CGL"), Hunt Companies Business Services, LLC ("Hunt"), and Mark Campbell ("Defendants"), by their undersigned counsel, Constangy, Brooks, Smith & Prophete, LLP, respectfully move this Court for leave to file its Answer out of time and seeks an extension of time to file their Answer to the Complaint through and including June 12, 2026 in light of the Parties forthcoming mediation. In support of this Motion, Defendants state as follows:

1. Plaintiff filed his Complaint on February 14, 2026.

2. Defendants' answer or response was due by March 30, 2026; however, Defendants' Counsel was recently retained to represent Defendants in this lawsuit

and need additional time to investigate the factual allegations made against Defendants.

3. Defendants make this motion in good faith and not to cause delay. No party will be prejudiced.

4. This is the first request for an extension of the responsive pleading deadline by Defendants, and no default motion has been filed in this matter.

5. Furthermore, the parties are scheduled to mediate and ideally resolve this issue on June 11, 2026. Prior to filing this Complaint, Plaintiff filed three EEOC Charges against CGL and Hunt, all based on the same set of operative facts from which Plaintiff's Complaint arises. Plaintiff's EEOC Charges are scheduled for EEOC-led mediation on June 11, 2026. The parties hope to resolve all disputes between them by that date or shortly thereafter.

WHEREFORE, for the foregoing reasons, Defendants, CGL Companies, LLC, Hunt Companies Business Services, LLC, and Mark Campbell, respectfully request that the Court grant Defendants leave to file their Answer out of time and an extension through to June 12, 2026, to file their Answer pending the parties forthcoming mediation, and any additional relief the Court considers appropriate.

Respectfully submitted this 9th day of April, 2026.

**CONSTANGY, BROOKS, SMITH, & PROPHETE, LLP**

*/s/ Obasi Bryant*
Obasi Bryant
Georgia Bar No. 724731
obryant@constangy.com
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

Laura Balson (#6291377)
(*pro hac vice application forthcoming*)
20 N. Wacker Drive, Suite 4120
Chicago, IL 60606
P: 773.661.4710
lbalson@constangy.com

*Attorneys for Defendants CGL Companies, LLC, Hunt Companies Business Services, LLC, and Mark Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT_**with the Clerk of Court using the CM/ECF system, which will automatically serve the following attorneys of record:

**Sherifat "Sheri" Oluyemi**
**Law Office of Sheri Oluyemi, LLC.**
2727 Paces Ferry Rd. SE,
Building 1, Suite 750
Atlanta, GA. 30339
T: (404) 500-6202
F: (404) 496-7202
soluyemi@losollc.com
www.losollc.com

Attorney for Plaintiff

*/s/ Obasi Bryant*
Obasi Bryant