**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Jerel Henderson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-CV-00886-TWT-CMS |
| | ) | |
| CGL Companies, LLC, Hunt | ) | |
| Companies Business Services, LLC, | ) | |
| and Mark Campbell | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter came before the Court on Defendants' Motion for an Extension of Time to Respond to Plaintiff's Complaint. Having reviewed Defendant's Motion and for good cause shown, Defendants' Motion is GRANTED. Accordingly, it is hereby ORDERED and ADJUDGED that Defendants shall have until June 11, 2026, to file their Answer to the Complaint.

SO ORDERED, this ____ day of _________________, 2026.

______________________________
Judge, United States District Court